UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-14319-CV-MIDDLEBROOKS

LACRESHIA WATFORD,

    Plaintiff,

v.

MARIA BROWN et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court upon the Report and Recommendation of Magistrate Judge Shaniek M. Maynard ("Report") (DE 15), entered on December 9, 2025. The Report recommended that this case be dismissed without prejudice for failure to comply with Court Orders and failure to prosecute.

I have reviewed the Report and the record. I find that Judge Maynard's findings are well-reasoned and supported by the record. Plaintiff did not file objections.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that

1)    Judge Maynard's Report (DE 15) is **ADOPTED**.

2)    The case is **DISMISSED WITHOUT PREJUDICE.**

      3)      The Clerk shall **CLOSE** the case and all pending motions are **DENIED AS MOOT**.

      **SIGNED** in Chambers at West Palm Beach, Florida, this 31st day of December, 2025.

_____
Donald M. Middlebrooks
United States District Judge

Copies to:

Counsel of Record

Lacreshia Watford, pro se
907 N. 32nd Street/Apt. A
Fort Pierce, FL 34947